FURBER *v.* McCARTHY.

*(Supreme Court, General Term, First Department. January 28, 1889.)*

APPEAL—APPEALABLE JUDGMENTS—STATEMENT OF FACTS FOUND.
Under Code Civil Proc. N. Y. § 1022, providing that in trials without a jury the decision of the court must state separately the facts found and the conclusions of law, a judgment entered on a decision which refers to another paper in the case as containing the facts found will not be reviewed.

Appeal from special term, New York county.

Action by Arthur Furber against Alexander L. McCarthy and another. Judgment was given for defendants, and plaintiff appeals. Code Civil Proc. N. Y. § 1022 provides that in trials without a jury the decision of the court must state separately the facts found and the conclusions of law.

Argued before VAN BRUNT, P. J., and BRADY and MACOMBER, JJ.

*A. Furber, in pro. per. E. P. Johnson,* for respondents.

VAN BRUNT, P. J. The record in this case contains no such statement of the facts found by the court as is contemplated by section 1022 of the Code.

It is evidently intended that the decision of the court shall contain the facts found and the conclusions of law, stated separately, and that a reference to another paper in such decision as containing the facts found is no compliance with the provisions of the section. Under these circumstances, the appeal from the judgment entered cannot be considered by this court, and the same must be stricken from the calendar. All concur.